UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBY D. JONES,

    Petitioner,

v.

DAVID LONG,

    Respondent.

No. C 16-2651 EDL (PR)

**ORDER OF TRANSFER**

    Petitioner, a state prisoner proceeding *pro se*, filed a federal petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254.[1] Petitioner seeks to challenge his convictions obtained in the Superior Court of Sacramento County. Sacramento County is located within the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated at the California City Correctional Facility, in California City, California, which is also located within the Eastern District of California.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. Because petitions challenging a conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted in Sacramento County, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: June __1__, 2016.

ELIZABETH D. LAPORTE
United States Magistrate Judge

---

[1] Petitioner consented to magistrate judge jurisdiction. (Docket No. 1 at 7.)