UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY D. JOHN, | No. 2:16-cv-1218 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| DAVID LONG, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. On March 15, 2017, respondent filed a motion to dismiss the petition. ECF No. 13. Petitioner has not opposed respondent's motion. Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition or statement of no opposition to the pending motion to dismiss. Failure to comply with this order will result in a recommendation for the dismissal of this action without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 2, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE