UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY D. JOHN, | No. 2:16-cv-1218 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| DAVID LONG, | |
| Respondent. | |

Petitioner has requested an extension of time to file an opposition to respondent's motion to dismiss on the ground that he never received a copy of the motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 18) is granted.

2. Petitioner shall file an opposition to the motion to dismiss within thirty days of service of this order. Respondent's reply, if any, shall be filed and served within fourteen days thereafter.

3. The Clerk of the Court is directed to serve petitioner with a courtesy copy of the motion to dismiss (ECF No. 13).

DATED: May 26, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE