UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY D. JOHN, | No. 2:16-cv-1218 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| DAVID LONG, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. Petitioner was given thirty days to file an opposition to respondent's motion to dismiss. ECF No. 20. Thirty days has passed and he has yet to respond. Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition or statement of no opposition to the pending motion to dismiss. Failure to comply with this order will result in a recommendation for the dismissal of this action without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: July 13, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE